Rev. 3/2010

**FILED**
**JAN 25 2021**
Clerk, U.S. District and Bankruptcy Courts

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )   Criminal Case No.: 20-cr-00291-JEB-1 *SEALED*
)
)
VICTOR RAMOS SANCHEZ )
)
)

### WAIVER OF INDICTMENT

I, _____VICTOR RAMOS SANCHEZ_____, the above-named defendant, who is accused of

18:1001(a)(2); STATEMENTS OR ENTRIES GENERALLY; False Statements (1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____1/25/2021_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
James Boasberg
United States District Judge

Date: _____1/25/2021_____