UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 20-CR-291 (JEB) |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR RAMOS SANCHEZ, | ) | (False Statements) |
| Defendant. | ) | 18 U.S.C. §1001(a)(2) |

## MOTION TO UNSEAL CASE

The United States of America, moving by and through its undersigned counsel, respectfully submits this motion under seal to unseal this matter. The government had filed plea paperwork in this matter under seal because the defendant's cooperation was still ongoing. At the last hearing the government indicated to the Court that the defendant's cooperation was complete and the matter could be unsealed (and the case could proceed to sentencing). Government counsel believed that the matter was unsealed, but has learned that the matter appears to be still under seal with the Clerk's Office. The government files this motion out of an abundance of caution to ensure that this matter is no longer under seal at the request of the United States, as there is no compelling interest to have the matter, or any hearing, remain under seal.

Based on the foregoing, the government moves the Court to execute the proposed Order.

Respectfully submitted,
CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

 /s/ Tejpal S. Chawla
Tejpal S. Chawla
Assistant United States Attorney
D.C. Bar No. 464012
National Security Section
555 4th Street, N.W., Room 11-860
Washington, D.C. 20530
Office: 202-252-7280
Tejpal.chawla@usdoj.gov